IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:96CR3057 |
| | ) | |
| v. | ) | |
| | ) | |
| DAMION E. JOHNSON, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that judgment is entered in favor of the United States of America and against Damion E. Johnson providing that he shall taking nothing and his most recent § 2255 motion is denied and dismissed with prejudice.  No certificate of appealability will be issued.

DATED this 4th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge