IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DAMION E. JOHNSON,<br><br>　　　　　　Defendant. | 4:96-CR-3057<br><br>ORDER |

IT IS ORDERED:

1. The defendant's motion for copies (filing 138) is granted.

2. The Clerk of the Court shall provide the defendant with a copy of filing 136.

Dated this 28th day of May, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge