IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:96-CR-3057 |
| vs. | ORDER |
| DAMION E. JOHNSON, | |
| Defendant. | |

For the reasons stated in the Court's Orders of April 16, 2024 (filing 137) and October 30, 2024 (filing 142),

IT IS ORDERED that the defendant's Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(1)(A) (filing 155) is denied.

Dated this 1st day of August, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge